ROBERT B. THUM, State Bar No. 60100
HECTOR H. ESPINOSA, State Bar No. 222426
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071-3048
Tel. 213.576.8000
Fax 213.576.8080

Attorneys for Defendants, MATT CONSTRUCTION CORPORATION;
DICK CORPORATION; DICK CORPORATION/MATT CONSTRUCTION,
A JOINT VENTURE; AMERICAN CASUALTY COMPANY OF READING, PA;
and HARTFORD FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, For the Use of SERVI-TECH CONTROLS, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DICK CORPORATION, a Pennsylvania corporation; MATT CONSTRUCTION CORPORATION; a California corporation; DICK CORPORATION/ MATT CONSTRUCTION, A JOINT VENTURE, joint venture; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; CONTROL AIR CONDITIONING CORPORATION, a California corporation,<br><br>Defendants. | Case No.: 1:06-CV-01736-OWW-SMS<br><br>**STIPULATION AND ORDER RE: STAY, SUBMISSION OF CLAIMS, AND LIMITED CONSOLIDATION**<br><br><br><br>Complaint Filed: December 1, 2006 |

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MID CANADA MILLWORK, LTD., a Canadian corporation, | Case No.: 1:06-CV-00800-OWW-SMS |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION; a corporation; DICK CORPORATION/ MATT CONSTRUCTION, A JOINT VENTURE, a Joint Venture; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a corporation; HARTFORD FIRE INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive, | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Defendants. | Complaint Filed: June 22, 2006 |
| 12 | UNITED STATES For the Use and Benefit CONTROL AIR CONDITIONING CORPORATION, a California Corporation; | Case No.: 1:06-CV-01351-OWW-LJO |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION; a corporation; DICK CORPORATION/ MATT CONSTRUCTION, A JOINT VENTURE, a joint venture; AMERICAN CASUALTY COMPANY OF READING, PA, a corporation; and HARTFORD FIRE INSURANCE COMPANY, a corporation, | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | Complaint Filed: September 26, 2006 |

LA #454035 v2/035879-5         -2-
**STIPULATION AND PROPOSED ORDER RE: STAY, SUBMISSION OF CLAIMS, AND LIMITED CONSOLIDATION**

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of H.J. MARTIN & SON, INC., a Wisconsin corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION; a corporation; DICK CORPORATION/ MATT CONSTRUCTION, A JOINT VENTURE, a Joint Venture; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a corporation; MID CANADA MILLWORK, LTD., a Canadian corporation; HARTFORD FIRE INSURANCE COMPANY, a corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.:  1:06-CV-01369-OWW-SMS<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed:  September 29, 2006 |

**STIPULATION**

　　　1.　　Defendant Dick Corporation/Matt Construction, A Joint Venture, ("Dick/Matt") entered into a contract with the United States General Services Administration ("GSA") in connection with certain construction work related to a new United States Courthouse located in Fresno, California (the "Project").

　　　2.　　Plaintiff Control Air Conditioning Corporation ("Control Air") is a subcontractor to Dick/Matt in connection with a portion of the work on the Project.  Control Air entered into a subcontract with Servi-Tech Controls, Inc. ("Servi-Tech") in connection with a portion of Control Air's work on the Project.

　　　3.　　Plaintiff Mid Canada Millwork, LTD. ("Mid Canada") is another subcontractor to Dick/Matt in connection with a portion of the work on the Project.  Mid Canada entered into a subcontract with H.J. Martin & Son, Inc. ("HJ Martin") in connection with a portion of Mid Canada's work on the Project.

　　　4.　　During the Project, Dick/Matt submitted requests for changes and time extensions to the GSA.  Many of those requests are still outstanding and Dick/Matt is in the process of preparing a Request for Equitable Adjustment ("REA") to submit to the GSA in order to initiate a

PDF created with pdfFactory trial version www.pdffactory.com

claims resolution process with the GSA. The parties believe that issues raised in this litigation may be a part of the REA issues that are to be resolved with and as part of the dispute resolution process with the GSA. Those actions are as follows:

(i) *United States For the Use and Benefit of Servi-Tech Controls, Inc. v. Dick Corporation, Matt Construction Corporation, et al.* (1:06-cv-01736-OWW) ("*Servi-Tech* Action");

(ii) *United States For the Use and Benefit of Mid Canada Millwork, LTD. v. Dick Corporation, Matt Construction Corporation, et al.* (1:06-cv-00800-OWW) ("*Mid Canada* Action");

(iii) *United States For the Use and Benefit of Control Air Conditioning Corporation v. Dick Corporation, Matt Construction Corporation, et al.* (1:06-cv-01351-OWW) ("*Control Air* Action"); and

(iv) *United States For the Use and Benefit of H.J. Martin & Son, Inc. v. Dick Corporation, Matt Construction Corporation, et al.* (1:06-cv-01369-OWW) ("*HJ Martin* Action").

5. Dick/Matt and plaintiffs in the above-captioned actions are currently addressing and attempting to resolve the matters raised in each Plaintiff's complaint as part of the REA. To facilitate that process, counsel for all parties participated in a conference call with the Hon. Oliver W. Wanger on January 26, 2007, whereby, with the Court's assistance, the parties agreed and hereby stipulate to the following set forth below.

A. Servi-Tech has provided a statement of their claim and will continue to work with Dick/Matt to provide any further information or revisions as needed so that the claim can be submitted to the GSA as part of the REA.

B. HJ Martin will use its best efforts to provide to Mid Canada any and all claims related to its work on the Project in a form and manner consistent with HJ Martin's contractual obligations to Mid Canada by March 16, 2007 such that HJ Martin's claim can be included in the REA by Dick/Matt to the GSA, or in a later supplement to the REA.

C. Control Air will use its best efforts to provide Dick/Matt with a claim that will be included as a supplement to the REA by March 16, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

D. Mid Canada will use its best efforts to provide Dick/Matt with any and all claims related to its scope of work on the Project by March 30, 2007. The Mid Canada claim shall incorporate any claims submitted to Mid Canada by its subcontractors and suppliers and must be consistent with Mid Canada's contractual obligations to Dick/Mat and in such a form that the claim can be included in the REA by Dick/Matt to the GSA, or in a later supplement to the REA.

E. Any claims by Control Air and Mid Canada provided to Dick/Matt in accordance with this stipulation will be submitted as a supplement to the REA that Dick/Matt anticipates submitting to the GSA by March 9, 2007.

F. Each party acknowledges that its claim needs to be submitted in the manner and within the timelines set forth herein to be considered in the dispute resolution process with the GSA.

G. No later than March 16, 2007, Dick/Matt will file a status report to the Court including the date the REA was submitted to the GSA.

6. Pursuant to the stipulation set forth herein and at the request of Dick/Matt in consultation with counsel for all parties during the January 26, 2007 conference call, the Court ordered the following:

A. A six month stay for all appearances and deadlines, including the filing of responsive pleadings and discovery deadlines, in the *Servi-Tech*, *Mid Canada*, *Control Air*, and *HJ Martin* Actions beginning from January 26, 2007.

B. Any party may apply to the Court to lift or continue the stay upon a showing of good cause;

C. All parties will participate in a further conference call and status report to the Court on July 26, 2007 at 8:45 a.m..

D. The *Servi-Tech*, *Mid Canada*, *Control Air*, and *HJ Martin* Actions are consolidated for the limited purpose of reporting to the Court during the stay.

7. By entering this stipulation, the parties are not waiving any claims asserted in the *Control Air*, *Servi-Tech*, *Mid Canada*, and *HJ Martin* Actions which are not the subject of pass-through claims to the GSA, and expressly reserve the right to litigate such claims in the *Control

PDF created with pdfFactory trial version www.pdffactory.com

*Air*, *Servi-Tech*, *Mid Canada*, and *HJ Martin* Actions and reserve all rights, claims and defenses with respect to such claims.

**IT IS SO STIPULATED AND AGREED:**

Dated: February __, 2007            THELEN REID BROWN RAYSMAN & STEINER LLP

By _____
Hector H. Espinosa
Attorneys for Defendants
MATT CONSTRUCTION CORPORATION;
DICK CORPORATION; DICK
CORPORATION/MATT CONSTRUCTION,
A JOINT VENTURE; AMERICAN
CASUALTY COMPANY OF READING, PA;
and HARTFORD FIRE INSURANCE
COMPANY

Dated: February __, 2007            KILPATRICK STOCKTON LLP

By _____
David A. Mobley (As Counsel Admitted Pro Hac Vice in the *Mid Canada* and *Control Air* Actions)
Randall F. Hafer (As Counsel Admitted Pro Hac Vice in the *Mid Canada* and *Control Air* Actions)
Attorneys for Defendants
MATT CONSTRUCTION CORPORATION;
DICK CORPORATION; and DICK
CORPORATION/MATT CONSTRUCTION,
A JOINT VENTURE

Dated: February __, 2007            MARKS, GOLIA & FINCH, LLP

By _____
Jeffrey B. Baird
Justin M. Stoger
Attorneys for Plaintiff
MID CANADA MILLWORK, LTD.

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  February __, 2007                    CASE, IBRAHIM & CLAUSS, LLP


                                             By _____
                                                Brian S. Case
                                                F. Albert Ibrahim
                                                Andrew C. Carlton
                                                Attorneys for Plaintiff
                                                CONTROL AIR CONDITIONING
                                                CORPORATION


Dated:  February __, 2007                    LANG, RICHERT & PATCH


                                             By _____
                                                Mark L. Creede
                                                Craig B. Fry
                                                Attorneys for Plaintiff
                                                SERVI-TECH CONTROLS, INC.


Dated:  February __, 2007                    CASE, IBRAHIM & CLAUSS, LLP


                                             By _____
                                                D. Michael Clauss
                                                Attorneys for Plaintiff
                                                H.J. MARTIN & SON, INC.


**IT IS SO ORDERED this 8th day of March, 2007.**

                                   /s/ Oliver W. Wanger
                              _____
                              HON. OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com