CASE, IBRAHIM & CLAUSS, LLP
2855 Michelle Drive, Suite 120
Irvine, California  92606
Telephone: (714) 540-3636
Facsimile: (714) 540-3680
E-Mail: mclauss@ciclaw.com

BY:   D. MICHAEL CLAUSS (SBN 140313)

Attorneys for Plaintiff UNITED STATES OF AMERICA,
for the use and benefit of H. J. MARTIN & SON, INC., a Wisconsin corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of H. J. MARTIN & SON, INC., a Wisconsin corporation, | Case No.  1:06-cv-01369-OWW-SMS |
| Plaintiff, | [Related to Case No.'s] 06-cv-00354-OWW-SMS 06-cv-00800-OWW-SMS |
| v. | 06-cv-01351-OWW-SMS 06-cv-01369-OWW-SMS |
| DICK CORPORATION, a corporation; MATT CONSTRUCTION CORPORATION, a corporation; DICK CORPORATION/MATT CONSTRUCTION, A JOINT VENTURE, a Joint Venture; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a corporation; MID CANADA MILLWORK, LTD., a Canadian corporation; HARTFORD FIRE INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive, | 06-cv-01736-OWW-SMS 06-cv-01744-OWW-SMS **ORDER TO THE NOTICE OF VOLUNTARY DISMISSAL (DOC. 44)** |
| Defendants. | |

Plaintiff UNITED STATES OF AMERICA, for the Use and Benefit of H. J. MARTIN & SON, INC. having given notice (see Doc. 44) that the above captioned action identified by case number 1:06-cv-01369-OWW-SMS is dismissed, with prejudice, and that said notice was given before service by any of the adverse parties of an answer or a motion for summary judgment (except that named defendants, through their respective counsel of record, gave notices of appearance during period while temporary stay was in effect), that the

notice of dismissal was given pursuant to Rule 41 (a) of the <u>Federal Rules of Civil Procedure</u>, and that good cause appearing,


**IT IS HEREBY ORDERED** that case number 1:06-cv-01369-OWW-SMS is dismissed, with prejudice, and closed.


Dated: July 7, 2010                                 <u>/s/</u> OLIVER W. WANGER
                                                                UNITED STATES DISTRICT JUDGE

ORDER TO THE NOTICE OF VOLUNTARY DISMISSAL (DOC. 44)